DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4283
Facsimile:      (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEXIS BAUTISTA, an individual,<br><br>               Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES 1 to 20, Inclusive,<br><br>               Defendants. | Case No. C07-5434 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

---

Notice of Removal (Federal Court);
Bautista v. CCSF, et al.

n:\lit\li2007\080450\00446402.doc

1   REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2   Defendant City and County of San Francisco hereby declines to consent to the assignment of
3   this case to a United States Magistrate Judge for trial and disposition and hereby requests the
4   reassignment of this case to a United States District Judge.

6   Dated:  October 29, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

   -/s/-   *Scott D. Wiener*
By:_____
SCOTT D. WIENER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO