1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS BAUTISTA, etc.,                                   Case No. 07-5434 EMC

        Plaintiff,

      v.

CITY AND COUNTY OF SAN FRANCISCO,
et al.,

        Defendants.

                           /

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    ( x )    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    (   )    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**United States District Court**

For the Northern District of California

1    Any matters presently set before Magistrate Judge Chen, will be taken off calendar and

2 counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new

3 date.

4

5    Dated:  November 1, 2007                    Richard W. Wieking, Clerk
                                                 United States District Court

6

7

8                                                _____

9                                                By: Betty Fong, Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28