1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | ALEXIS BAUTISTA, an individual, | Case No. C07-5434 CW |
   |---|---|
12 | Plaintiff, | **PROOF OF SERVICE** |
13 | vs. | Date Action Filed:    September 25, 2007<br>Trial Date:    None Set |
14 | CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES 1 to 20, Inclusive, | |
   | Defendants. | |

19      / / /
20      / / /
21      / / /
22      / / /
23      / / /
24      / / /
25      / / /
26      / / /
27      / / /
28      / / /

Proof of Service;                                                          n:\lit\li2007\080450\00452118.doc
Bautista v. CCSF, et al. – USDC No. C07-5434 CW

1  I, HELEN LAU, declare that:

2  I am a citizen of the United States, over the age of 18 years and not a party to the within
3  entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building,
4  1390 Market Street, Sixth Floor, San Francisco, California 94102.

5  On November 29, 2007, I served the following document:

6  1. Case Management Scheduling Order for Reassigned Civil Case.

7  on the following party:

> Norman Newhouse, Esq.
> Law Office of Norman Newhouse
> 483 Seaport Court, Suite 103
> Redwood City, CA 94063

Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 29, 2007, at San Francisco, California.

- Signed -

_____
HELEN LAU