1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 | ALEXIS BAUTISTA, an individual, | Case No. C07-5434 CW
12 |             Plaintiff,          | **STIPULATION REGARDING ALTERNATIVE DISPUTE RESOLUTION**
13 |        vs.                      |
14 | CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES 1 to 20, Inclusive, |
   |             Defendants.         |

ANSWER;                                                    1                         n:\lit\li2007\080450\00460716.doc
Bautista v. CCSF, et al. – SFSC No. CGC-07-467555

The parties hereby agree to participate in court-sponsored mediation.

Dated: January 16, 2008

                                            DENNIS J. HERRERA
                                            City Attorney
                                            JOANNE HOEPER
                                            Chief Trial Deputy
                                            SCOTT D. WIENER
                                            Deputy City Attorney

                                              -/s/-    *Scott D. Wiener*
                                    By:_____
                                            SCOTT D. WIENER
                                            Attorneys for Defendant
                                            CITY AND COUNTY OF SAN FRANCISCO

Dated: January 16, 2008

                                            LAW OFFICE OF NORMAN NEWHOUSE

                                            -/s/-    *Norman Newhouse*
                                    By:_____
                                            NORMAN NEWHOUSE
                                            Attorney for Plaintiff
                                            ALEXIS BAUTISTA