1        The parties hereby agree to participate in court-sponsored mediation.

2

3    Dated:  January 16, 2008

4
                                    DENNIS J. HERRERA
5                                   City Attorney
                                    JOANNE HOEPER
6                                   Chief Trial Deputy
                                    SCOTT D. WIENER
7                                   Deputy City Attorney

8

9                                   By:_____

10                                  SCOTT D. WIENER
                                    Attorneys for Defendant
11                                  CITY AND COUNTY OF SAN FRANCISCO

12

13   Dated:  January 16, 2008

14
                                    LAW OFFICE OF NORMAN NEWHOUSE
15

16                                  By:_____

17                                  NORMAN NEWHOUSE
                                    Attorney for Plaintiff
18                                  ALEXIS BAUTISTA

19

20

21

22

23

24

25

26

27

28

ADR STIPULATION                              2                          c:\users\norman
Bautista v. CCSF, et al. – SFSC No. CGC-07-467555              newhouse\appdata\local\microsoft\windows\temporary internet
                                                              files\content.outlook\7q1egps1\00460716 (2).doc