1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7                                            No. C 07-05434 CW
     BAUTISTA,
8                                            CLERK'S NOTICE
             Plaintiff,                      CONTINUING CASE
9                                            MANAGEMENT
        v.                                   CONFERENCE
10
     CITY AND COUNTY OF SAN FRANCISCO, et
11   al.,
12           Defendants.
     _____/
13
14
15        Notice is hereby given that the Case Management Conference,
16   previously set for February 5, 2008, is continued to **March 4, 2008,**
17   **at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland,
18   CA 94612.  A joint Case Management Conference Statement will be due
19   one week prior to the conference.
20
21   Dated: 1/18/08                          _Sheilah Cahill_
                                             _____
22                                           SHEILAH CAHILL
                                             Deputy Clerk
23
24
25
26
27
28

**United States District Court**
For the Northern District of California