DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BAUTISTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES 1 to 20, Inclusive,<br><br>Defendants. | Case No. C07-5434 CW<br>**ORDER GRANTING STIPULATION REGARDING ALTERNATIVE DISPUTE RESOLUTION** |

ANSWER;
Bautista v. CCSF, et al. – SFSC No. CGC-07-467555

1

n:\lit\li2007\080450\00460716.doc

The parties hereby agree to participate in court-sponsored mediation.

Dated: January 16, 2008

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>SCOTT D. WIENER
>Deputy City Attorney
>
>         -/s/-    *Scott D. Wiener*
>By:_____
>SCOTT D. WIENER
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO

Dated: January 16, 2008

>LAW OFFICE OF NORMAN NEWHOUSE
>
>         -/s/-    *Norman Newhouse*
>By:_____
>NORMAN NEWHOUSE
>Attorney for Plaintiff
>ALEXIS BAUTISTA

**TO BE COMPLETED BY APRIL 21, 2008.**

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA