13. <u>Consent to Magistrate Judge for all Purposes</u>

The parties do not consent to trial of this case by a United States Magistrate Judge.

14. <u>Other References</u>

The case is not suitable for such a reference.

15. <u>Narrowing of Issues</u>

The parties are not in agreement about any of the legal issues in this case.

16. <u>Expedited Schedule</u>

This case is not suitable for an expedited schedule.

17. <u>Scheduling</u>

The Court will need to set dates for the close of discovery, summary judgment (hearing and briefing), and expert disclosures/discovery.

18. <u>Trial</u>

The parties propose a trial date on in April 2009.

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>

The parties are unaware of nonparties with such an interest in this lawsuit.

Dated: January 21, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

    -/s/-    Scott D. Wiener
By:_____
SCOTT D. WIENER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

```
 1                                    SCOTT D. WIENER
                                      Deputy City Attorney
 2
                                              -/s/-    Scott D. Wiener
 3                              By:_____
 4                                    SCOTT D. WIENER
                                      Attorneys for Defendant
 5                                    CITY AND COUNTY OF SAN FRANCISCO

 6

 7   Dated:  January 21, 2008

 8                                    LAW OFFICE OF NORMAN NEWHOUSE
 9
                                              -/s/-    Norman Newhouse
10                              By:_____
                                      NORMAN NEWHOUSE
11                                    Attorney for Plaintiff
                                      ALEXIS BAUTISTA
12
```

CASE MANAGEMENT STATEMENT;                  7
Bautista v. CCSF, et al. - SFSC No. CGC-07-467555

c:\users\norman.newhouse\appdata\local\microsoft\windows\temporary internet files\content.outlook\7q1egps1 \00461122 (2).doc