# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bautista,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>City and County of San Francisco,<br><br>　　　　　　Defendant(s). | 07-05434 CW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Linda McSweyn**
Law & Mediation Offices of Linda McSweyn
582 Market St., Suite 301
San Francisco, CA 94104
415-956-3440
lmcsweyn@lawandmediation.org

　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05434 CW MED                       - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: January 29, 2008

5  RICHARD W. WIEKING
   Clerk
6  by:    Alice M. Fiel

7

8  _____
   ADR Case Administrator
9  415-522-3148
   Alice_Fiel@cand.uscourts.gov

10

**United States District Court**
**Northern District of California**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of Appointment of Mediator**
07-05434 CW MED                    - 2 -