# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bautista,<br><br>        Plaintiff(s),<br><br>    v.<br><br>City and County of San Francisco,<br><br>        Defendant(s). | 07-05434 CW MED<br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

   The appointment of Linda McSweyn to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: February 19, 2008

                                        RICHARD W. WIEking
                                        Clerk
                                        by:    Alice M. Fiel

                                        _____
                                        ADR Case Administrator
                                        415-522-3148
                                        Alice_Fiel@cand.uscourts.gov