ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

February 19, 2008

Norman Charles Newhouse
Law Office of Norman Newhouse
483 Seaport Court, Suite 103
Redwood City, CA 94063
650-365-8534

Scott David Wiener
Dennis J. Herrera
Joanne M. Hoeper
City Attorney's Office
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
415-554-4283 / 4748 / 4261

Re:   Bautista v. City and County of San Francisco
      Case No. C 07-05434 CW MED

Dear Counsel:

The ADR Program would like to convene a conference call with Robin W. Siefkin, ADR Program Staff Attorney, to discuss the Mediation referral. We would like to schedule this for **Tuesday, March 4, 2008 at 9:30 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator