1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 | ALEXIS BAUTISTA, an individual, | Case No. C07-5434 CW
12 |          Plaintiff,             | **JOINT STATEMENT REGARDING CONSENT OR NON-CONSENT TO TRIAL OF THE CASE BY A UNITED STATES MAGISTRATE JUDGE**
13 |   vs.                           |
14 | CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES 1 to 20, Inclusive, |
15 |                                 |
16 |                                 |
17 |                                 |
18 |          Defendants.            |

19
20
21
22
23
24
25
26
27
28

STATEMENT RE MAGISTRATE JUDGE;                    1                    n:\lit\li2007\080450\00470072.doc
Bautista v. CCSF, et al. – SFSC No. CGC-07-467555

The parties do not consent to trial of this case by a United States Magistrate Judge.

Dated: March 5, 2008

                                                DENNIS J. HERRERA
                                                City Attorney
                                                JOANNE HOEPER
                                                Chief Trial Deputy
                                                SCOTT D. WIENER
                                                Deputy City Attorney

                                                  -/s/-     *Scott D. Wiener*
                                      By:_____
                                                SCOTT D. WIENER
                                                Attorneys for Defendant
                                                CITY AND COUNTY OF SAN FRANCISCO

Dated: March 5, 2008

                                                LAW OFFICE OF NORMAN NEWHOUSE

                                                -/s/-     *Norman Newhouse*
                                      By:_____
                                                NORMAN NEWHOUSE
                                                Attorney for Plaintiff
                                                ALEXIS BAUTISTA