1 | The parties do not consent to trial of this case by a United States Magistrate Judge.

3 | Dated: March 5, 2008

>   DENNIS J. HERRERA
>   City Attorney
>   JOANNE HOEPER
>   Chief Trial Deputy
>   SCOTT D. WIENER
>   Deputy City Attorney
>
>           -/s/-    Scott D. Wiener
>   By:_____
>   SCOTT D. WIENER
>   Attorneys for Defendant
>   CITY AND COUNTY OF SAN FRANCISCO

13 | Dated: March 5, 2008

>   LAW OFFICE OF NORMAN NEWHOUSE
>
>           -/s/-    Norman Newhouse
>   By:_____
>   NORMAN NEWHOUSE
>   Attorney for Plaintiff
>   ALEXIS BAUTISTA

---

STATEMENT RE MAGISTRATE JUDGE;                         2
Bautista v. CCSF, et al. -- SFSC No. CGC-07-467555

c:\users\norman
newhouse\appdata\local\microsoft\windows\temporary internet
files\content.outlook\7q1egps1\00470072.doc