1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BAUTISTA, an individual,<br><br>          Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES 1 to 20, Inclusive,<br><br>          Defendants. | Case No. C07-5434 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND ANSWER OF INDIVIDUALLY NAMED OFFICER-DEFENDANTS** |

The parties hereby agree and stipulate as follows:

1. Defendants Williams, Lum, and Espinosa are deemed to have been personally served with summons and complaint.

2. The answer (including without limitation the denial, affirmative defenses, and prayer for relief) filed in Superior Court by the City and County of San Francisco shall also be deemed to be the answer of Defendants Williams, Lum, and Espinosa. Defendants Williams, Lum, and Espinosa therefore will not need to file answers in addition to the City's answer filed in Superior Court.

Dated: March 5, 2008

                            DENNIS J. HERRERA
                            City Attorney
                            JOANNE HOEPER
                            Chief Trial Deputy
                            SCOTT D. WIENER
                            Deputy City Attorney

                                -/s/-   *Scott D. Wiener*
By: _____
                            SCOTT D. WIENER
                            Attorneys for Defendant
                            CITY AND COUNTY OF SAN FRANCISCO

Dated: March 5, 2008

                            LAW OFFICE OF NORMAN NEWHOUSE

                                -/s/-   *Norman Newhouse*
By: _____
                            NORMAN NEWHOUSE
                            Attorney for Plaintiff
                            ALEXIS BAUTISTA

SO ORDERED.

_____  _____
HON. CLAUDIA WILKEN                                    DATE
UNITED STATES DISTRICT JUDGE