The parties hereby agree and stipulate as follows:

1. Defendants Williams, Lum, and Espinosa are deemed to have been personally served with summons and complaint.

2. The answer (including without limitation the denial, affirmative defenses, and prayer for relief) filed in Superior Court by the City and County of San Francisco shall also be deemed to be the answer of Defendants Williams, Lum, and Espinosa. Defendants Williams, Lum, and Espinosa therefore will not need to file answers in addition to the City's answer filed in Superior Court.

Dated: March 5, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

        -/s/-   Scott D. Wiener
    By:_____
        SCOTT D. WIENER
        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated: March 5, 2008

        LAW OFFICE OF NORMAN NEWHOUSE

        -/s/-   Norman Newhouse
    By:_____
        NORMAN NEWHOUSE
        Attorney for Plaintiff
        ALEXIS BAUTISTA

SO ORDERED.

_____        DATE
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION RE INDIVIDUAL DEFENDANTS;   2   c:\users\norman
Bautista v. CCSF, et al. – SFSC No. CGC-07-467555   newhouse\appdata\local\microsoft\windows\temporary internet
        files\content.outlook\7q1egps1\00470074 (2).doc