**MC–051**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, slate bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                    FAX NO.: | |
| ATTORNEY FOR *(Name)*: | |
| NAME OF COURT: | |
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |
| CASE NAME: | CASE NUMBER: |

| **NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL—CIVIL** | HEARING DATE: |
|---|---|
| | DEPT.:           TIME: |
| | BEFORE HON.: |
| | DATE ACTION FILED: |
| | TRIAL DATE: |

TO *(name and address of client)*:

1. PLEASE TAKE NOTICE that *(name of withdrawing attorney)*:
   moves under California Code of Civil Procedure section 284(2) and California Rules of Court, rule 3.1362, for an order permitting the attorney to be relieved as attorney of record in this action or proceeding.

2. A hearing on this motion to be relieved as counsel will be held as follows:

   a.   Date:              Time:              Dept.:              Room:

   b.   The address of the court:   ☐ same as noted above   ☐ other *(specify)*:

3. This motion is supported by the accompanying declaration, the papers and records filed in this action or proceeding, and the following additional documents or evidence *(specify)*:

*(This motion does not need to be accompanied by a memorandum of points and authorities. Cal. Rules of Court, rule 3.1362.)*

4. The client presently represented by the attorney is
   a. ☐ an individual.
   b. ☐ a corporation.
   c. ☐ a partnership.
   d. ☐ an unincorporated association.
   e. ☐ a guardian.
   f. ☐ a conservator.
   g. ☐ a trustee.
   h. ☐ a personal representative.
   i. ☐ a probate fiduciary.
   j. ☐ a guardian ad litem.
   k. ☐ other *(specify)*:

(Continued on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-051 [Rev. January 1, 2007]

**NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

Code of Civil Procedure, § 284;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

MC–051

| CASE NAME: | CASE NUMBER: |
|---|---|
|  |  |

**NOTICE TO CLIENT**

**If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:**

- A guardian
- A conservator
- A trustee
- A personal representative
- A probate fiduciary
- A corporation
- A guardian ad litem
- An unincorporated

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

5. If this motion is granted and a client is representing himself or herself, the client will be solely responsible for the case.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

**If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

6. If this motion is granted, the client must keep the court informed of the client's current address.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

**If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.**

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF ATTORNEY)

Attorney for *(name)*: