DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4283
Facsimile: (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BAUTISTA, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES 1 to 20, Inclusive,<br><br>　　　　Defendants. | Case No. C07-5434 CW<br><br>**STIPULATION AND [ORDER REGARDING SERVICE AND ANSWER OF INDIVIDUALLY NAMED OFFICER-DEFENDANTS** |

STIPULATION RE INDIVIDUAL DEFENDANTS;　　　　1　　　　c:\documents and settings\workstation\local
Bautista v. CCSF, et al. – SFSC No. CGC-07-467555　　　　　　　　settings\temp\notesf8c1a4\00470074.doc

The parties hereby agree and stipulate as follows:

1. Defendants Williams, Lum, and Espinosa are deemed to have been personally served with summons and complaint.

2. The answer (including without limitation the denial, affirmative defenses, and prayer for relief) filed in Superior Court by the City and County of San Francisco shall also be deemed to be the answer of Defendants Williams, Lum, and Espinosa. Defendants Williams, Lum, and Espinosa therefore will not need to file answers in addition to the City's answer filed in Superior Court.

Dated: March 5, 2008

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy
                        SCOTT D. WIENER
                        Deputy City Attorney

                            -/s/-    *Scott D. Wiener*
By: _____
                        SCOTT D. WIENER
                        Attorneys for Defendant
                        CITY AND COUNTY OF SAN FRANCISCO

Dated: March 5, 2008

                        LAW OFFICE OF NORMAN NEWHOUSE

                            -/s/-    *Norman Newhouse*
By: _____
                        NORMAN NEWHOUSE
                        Attorney for Plaintiff
                        ALEXIS BAUTISTA

SO ORDERED.

[signature]                                           3/19/08
_____    _____
HON. CLAUDIA WILKEN                                 DATE
UNITED STATES DISTRICT JUDGE