1  LAW OFFICE OF NORMAN NEWHOUSE
   NORMAN NEWHOUSE, No. 104746
2  483 Seaport Court, Suite 103
   Redwood City, CA 94063
3  Telephone: (650) 365-8534
   Facsimile: (650) 365-1218
4
   Attorney for Plaintiff
5  ALEXIS BAUISTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEXIS BAUTISTA, an individual | Case No.: CD7-5434CW |
|---|---|
| Plaintiff, | |
| v. | **AMENDED NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL – CIVIL** |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES THROUGH 20, Inclusive, Defendants. | **Hearing Date:** May 1, 2008<br>**Time:** 2:00 p.m.<br>**Place:** Dept. 5<br>**Before:** Claudia Wilkin<br><br>**Date Action Filed:** Sept. 25, 2007<br>**Trial Date:** April 13, 2009 |

TO ALL COUNSEL AND THEIR PARTIES:

Please take notice that NORMAN NEWHOUSE moves under California Code of Civil Procedures Section 284(2) and California Rules of Court, Rule 3.1362, for an order permitting the attorney to be relieved as attorney of record in this action or proceeding

A hearing on this motion to be relieved as counsel will be held as follows:

**DATE:** May 1 2008; **TIME:** 2:00 p.m.; **DEPT:** 5; **ROOM:** 4th Floor.

This motion is supported by the accompanying Declaration of NORMAN NEWHOUSE. The client presently represented by the attorney is an individual.

Date: March 26, 2008

_____
NORMAN NEWHOUSE
Attorney for Plaintiff, ALEXIS BAUTISTA

**Notice of Motion and Motion to be Relieved as Counsel** – Bautista v. City and County of San Francisco, et.al   1

**Bautista v. City and County of San Francisco, et.al**
Northern Division C07 5434 CW

**PROOF OF SERVICE**
(Business Practice to Entrust Deposit to Others)
(C.C.P. Section 1013a(3))

I, Myriam Cader Sargent, declare:

I am employed in the County of San Mateo, California. I am over the age of 18 years, and not a party to the within action. My business address is 483 Seaport Court, Suite 103, Redwood City, California 94063.

On the date stated below, at my place of business at Redwood City, California, I caused to be served, in the manner indicated below, the within:

**AMENDED NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL- CIVIL**

on the interested parties in said action by placing true copies thereof, enclosed in a sealed envelope, addressed as follows:

Scott Weiner, Esq.
Assistant District Attorney
Office of the District Attorney
City and County of San Francisco
850 Bryant St
San Francisco, CA 94103
Phone: 415-553-9044
Fax: 415-553-1034

Alexis Bautista
1409 Saint Kitts Lane
Foster City, CA 94404

__xxx__  (BY REGULAR MAIL) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. Mail at Redwood City, California.

__xxx__  (BY FACSIMILE) I served the foregoing documents by facsimile transmission to the number shown above for each interested party, pursuant to California Rules of Court Section 2003(3) and no notice of error was received.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **March 27, 2008** in the City of Redwood City, County of San Mateo, California. that the foregoing is true and correct.

_____
MYRIAM CADER SARGENT