1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEXIS BAUTISTA, an individual, | Case No. C07-5434 CW |
|---|---|
| Plaintiff, | **MOTION TO COMPEL PLAINTIFF TO PROVIDE INITIAL DISCLOSURES AND TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES 1 to 20, Inclusive, | **REQUEST FOR SANCTIONS**<br><br>Hearing Date: June 12, 2008<br>Time:         2:00 p.m.<br>Dept.:        Courtroom 2, 4th Floor<br>Hon. Claudia Wilken |
| Defendants. | |

MOTION TO COMPEL;                                    1                                    n:\lit\li2007\080450\00478351.doc
Bautista v. CCSF, et al. – USDC No. C07-5434 CW

**NOTICE OF MOTION AND MOTION**

TO PLAINTIFF AND HER COUNSEL OF RECORD: NOTICE IS HEREBY GIVEN that on June 12, 2008, at 2 p.m., in the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, California, Courtroom 2, 4th Floor, Defendants will, and hereby do, move to compel Plaintiff Alexis Bautista to provide initial disclosures as required by Fed. R. Civ. P. 26, to respond to interrogatories as required by Fed. R. Civ. P. 33, and to respond to requests for production as requested by Fed. R. Civ. P. 34. Each of these items is long past due.

Defendants base their motion on this notice of motion and motion, the memorandum of points and authorities in support thereof, the declaration of Scott Wiener, the complete case file, and such other evidence as may be brought to the Court's attention before or at the hearing on this motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff has not provided initial disclosures, which were due on February 26, 2008. In addition, Defendant City and County of San Francisco propounded document requests and interrogatories on Plaintiff, with service by mail, on January 18, 2008, meaning that responses were due on February 22, 2008. Defendants have not provided an extension to respond, yet Plaintiff has not provided responses. *See* Declaration of Scott Wiener, dated April 15, 2008.

To date, Plaintiff has not provided any of these discovery materials, despite repeated requests by Defendants that she do so. *See* Wiener Decl. The Court should order Plaintiff to provide initial disclosures and the overdue discovery responses. Moreover, the responses should be without objection, given that any objections have been waived. *See* Fed. R. Civ. P. 26, 33, 34.

1    Finally, the Court should sanction Plaintiff in the amount of $400, comprising the one hour
2 that it took defense counsel to prepare this filing and the one hour anticipated for argument on the
3 motion.  *See* Wiener Decl.

5 Dated:  April 15, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

    -/s/-    Scott D. Wiener
By:_____
SCOTT D. WIENER
Attorneys for Defendants

MOTION TO COMPEL;                                3                    n:\lit\li2007\080450\00478351.doc
Bautista v. CCSF, et al. – USDC No. C07-5434 CW

Declaration of Scott Wiener

I, Scott Wiener, declare as follows:

1.    I am a Deputy City Attorney in the Office of the City Attorney, counsel of record to Defendants in the above action. I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2.    Initial disclosures in this case were due on February 26, 2008, one week before the initial case management conference, which was held on March 4, 2008. To date, Plaintiff has not produced initial disclosures despite repeated requests by me to Plaintiff's counsel, Norman Newhouse, to provide those disclosures and despite repeated statements by Mr. Newhouse that he would provide the material.

3.    On January 18, 2008, after counsel conducted the required Rule 26 conference, my office served by mail requests for production and interrogatories. Attached hereto as Exhibits A and B are true and correct copies of those documents, with proofs of service. Defendants have not granted Plaintiff any extensions to respond. To date, Defendants have not received responses to the requests for productions and interrogatories.

4.    My hourly rate is $200. I spent one hour preparing and overseeing this filing. I anticipate spending in excess of one hour attending the hearing on this motion, including travel time. Defendants therefore request sanctions in the amount of $400.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 15, 2008, at San Francisco, California.

                                              -/s/-    Scott D. Wiener
                                              _____
                                              Scott Wiener