1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants

8

           UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA
10

11  ALEXIS BAUTISTA, an individual,          Case No. C07-5434 CW

12              Plaintiff,                    **[PROPOSED] ORDER GRANTING
                                             MOTION TO COMPEL AND
13         vs.                               AWARDING SANCTIONS**

14  CITY AND COUNTY OF SAN                    Hearing Date:  June 12, 2008
    FRANCISCO, SAN FRANCISCO                  Time:          2:00 p.m.
15  POLICE DEPARTMENT, SAN                    Dept.:         Courtroom 2, 4th Floor
    FRANCISCO POLICE OFFICER                  Hon. Claudia Wilken
16  WILLIAMS, SAN FRANCISCO POLICE
    SERGEANT ESPINOZA, SAN
17  FRANCISCO POLICE OFFICER LUM,
    DOES 1 to 20, Inclusive,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

1    Defendants' MOTION TO COMPEL PLAINTIFF TO PROVIDE INITIAL DISCLOSURES

2 AND TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION and

3 REQUEST FOR SANCTIONS came on for regularly noticed hearing on June 12, 2008, with Deputy

4 City Attorney Scott Wiener appearing for Defendants and Norman Newhouse appearing for

5 Plaintiff.  Having reviewed the parties' submissions, considered the relevant authorities, and heard

6 argument, the Court hereby GRANTS the motion in its entirety and orders as follows:

7    1.    Within seven (7) days of the date of this order (or within ten days of the date of this

8 order if Plaintiff is pro per and if the Court thus serves her with the order by mail), Plaintiff shall

9 serve on Defendants initial disclosures, responses to requests for production, and responses to

10 interrogatories.  The interrogatory responses shall be verified.  Plaintiff shall not assert any

11 objections to the requests for production or interrogatories, because all such objections have been

12 waived.

13    2.    The Court awards Defendants monetary sanctions from Plaintiff in the amount of

14 $400.  Within seven (7) days of the date of this order (or within ten days of the date of this order if

15 Plaintiff is pro per and if the Court thus serves her with the order by mail), Plaintiff shall remit $400

16 to Defendants, with any check made payable to the "City and County of San Francisco."

17    SO ORDERED.

18

19

20 Dated: _____    _____

21    HON. CLAUDIA WILKEN
      UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28