IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BAUTISTA,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____/ | No. C 07-05434 CW<br><br>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |

   Notice is hereby given that the Court, on its own motion, shall take Defendants' Motion to Compel Plaintiff to Provide Initial Disclosures and to Respond to Interrogatories and Requests for Production under submission on the papers and no hearing will be held unless ordered by the Court.  The hearing previously scheduled for June 12, 2008, is vacated.  Opposition to the motion will be due April 29, 2008, and any reply will be due May 2, 2008.

Dated: 4/22/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk