UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BAUTISTA,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO ET AL,

    Defendant.

NO. C 07-05434 CW

**MINUTE ORDER**
Date: 5/1/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Norman Newhouse

**Appearances for Defendant:**
no appearance

**Motions:**

Plaintiff's Attorney  Mo. to be relieved    Granted
                      as counsel

Further briefing due:
Order to be prepared by:  Court

Notes:  Motion granted. **Case Management Conference set for 6/24/08 at 2:00 p.m.** for plaintiff to come in for Court to confirm scheduling dates previously set. Defendants' counsel may appear by phone. If plaintiff does not appear at the CMC, the case will be dismissed for failure to prosecute. Mr. Newhouse to send plaintiff a copy of the Court's Order.

Copies to:  Chambers