LAW OFFICE OF NORMAN NEWHOUSE
NORMAN NEWHOUSE, No. 104746
483 Seaport Court, Suite 103
Redwood City, CA 94063
Telephone: (650) 365-8534
Facsimile: (650) 365-1218

Attorney for Plaintiff
ALEXIS BAUISTA



FILED
MAY 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BAUTISTA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES THROUGH 20, Inclusive,<br>Defendants. | Case No.: CD7-5434CW<br><br>**NOTICE OF ERRATA**<br><br>**Hearing Date:** April 23, 2008<br>**Time:** 9:00 a.m.<br>**Place:** Dept. 5<br>**Before:** Claudia Wilkin<br><br>**Date Action Filed:** Sept. 25, 2007<br>**Trial Date:** April 13, 2009 |

**PLEASE TAKE NOTICE** of the **TYPOGRAPHICAL ERROR** in the **NOTICE OF ORDER** served on all parties on May 8, 2008. Page 2, line 3 of the Order ERRONEOUSLY informs plaintiff ALEXIS BAUTISTA that "your appearance is **NOT** scheduled for June 24 at 2 p.m." The phrase should inform plaintiff ALEXIS BAUTISTA that "your appearance is **NOW** scheduled for June 24 at 2 p.m.

DATE: May 12, 2008

LAW OFFICE OF NORMAN NEWHOUSE

_____
Norman Newhouse
Former Attorney for Plaintiff, Alexis Bautista

NOTICE OF ERRATA- Bautista v. CCSF, et.al    1

**Bautista v. City and County of San Francisco, et.al**
Northern Division C07 5434 CW

### PROOF OF SERVICE
(Business Practice to Entrust Deposit to Others)
(C.C.P. Section 1013a(3))

I, Maureen Morales, declare:

I am employed in the County of San Mateo, California. I am over the age of 18 years, and not a party to the within action. My business address is 483 Seaport Court, Suite 103, Redwood City, California 94063.

On the date stated below, at my place of business at Redwood City, California, I caused to be served, in the manner indicated below, the within:

### NOTICE OF ERRATA

on the interested parties in said action by placing true copies thereof, enclosed in a sealed envelope, addressed as follows:

Scott Weiner, Esq.
Assistant District Attorney
Office of the District Attorney
City and County of San Francisco
850 Bryant St
San Francisco, CA 94103
Phone: 415-553-9044
Fax: 415-553-1034

Alexis Bautista
1409 Saint Kitts Lane
Foster City, CA 94404

__xxx__ (BY REGULAR MAIL) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. Mail at Redwood City, California.

_____ (BY FACSIMILE) I served the foregoing documents by facsimile transmission to the number shown above for each interested party, pursuant to California Rules of Court Section 2003(3) and no notice of error was received.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 12, 2008,** in the City of Redwood City, County of San Mateo, California. that the foregoing is true and correct.

*Maureen Morales* (signature)
Maureen Morales