ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

June 6, 2008

**VIA EMAIL & 1ST-CLASS MAIL**

Alexis Bautista
1409 Saint Kitts Lane
Foster City, CA 94404
PRO SE
Tel UNKNOWN

Joanne M. Hoeper
Scott David Wiener
Dennis J. Herrrera
City Attorney's Office
Fox Plaza
1390 Market Street
6th Floor
San Francisco, CA 94102-5408
415-554-4261

Re:    Bautista v. City and County of San Francisco
Case No. C 07-05434 CW MED

Dear Counsel:

The ADR Program would like to convene a conference call with one of our ADR legal staff, to discuss the Mediation. We scheduled this for **Thursday, June 12, 2008, at 11:00 a.m. PDT.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator