# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BAUTISTA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, and SAN FRANCISCO POLICE OFFICER LUM,<br><br>    Defendants.<br>_____/ | No. C 07-5434 CW<br><br>ORDER<br>(1) GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW;<br>(2) REGARDING DEFENDANTS' MOTION TO COMPEL; AND<br>(3) SCHEDULING CASE MANAGEMENT CONFERENCE |

    1.  Counsel for Plaintiff Alexis Bautista has filed a motion to withdraw. In support of his motion, counsel declares that he and his client "have reached an impass [sic] in proceeding with the case and an inability to communicate due to personal differences." Counsel also declares that he served on Plaintiff the motion to be relieved as counsel and the amended notice indicating the proper hearing date. Plaintiff did not file an opposition to the motion to withdraw and did not appear at the hearing to oppose the motion. Defendants do not oppose the motion. Counsel's motion to withdraw

1  is GRANTED (Docket No. 24). Plaintiff shall file a notice of
2  appearance stating her contact information if she intends to
3  proceed in pro per. If Plaintiff retains other counsel, such
4  counsel shall file a notice of appearance instead.
5      2.  Defendants have filed a motion to compel Plaintiff to
6  provide initial disclosures and respond to interrogatories and
7  seeking sanctions. By May 22, 2008, Plaintiff shall oppose the
8  motion or provide her initial disclosures and responses to
9  Defendants' interrogatories. If Plaintiff opposes the motion,
10 Defendants may file a reply brief one week thereafter and the
11 motion will be submitted on the papers. If Plaintiff provides her
12 initial disclosures and responses to Defendants' interrogatories,
13 Defendants' motion will be denied as moot. The June 12, 2008
14 hearing is hereby VACATED. If Plaintiff does not comply with the
15 directions in this paragraph, her case may be dismissed for failure
16 to prosecute.
17     3.  A case management conference will be held on June 24, 2008
18 at 2:00 PM. If Plaintiff intends to pursue this case, she must
19 appear at the case management conference in person or through new
20 counsel. If Plaintiff fails to appear, the case will be dismissed
21 for failure to prosecute.
22     Counsel shall serve Plaintiff with a copy of this order and a
23 copy of Defendants' motion to compel.
24     IT IS SO ORDERED.

Dated: 5/2/08

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge