| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
|   | Chief Trial Deputy |
| 3 | SCOTT D. WIENER, State Bar #189266 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone:    (415) 554-4283 |
| 6 | Facsimile:    (415) 554-3837 |
| 7 | Attorneys for Defendant |
|   | CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEXIS BAUTISTA, an individual, | Case No. C07-5434 CW |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Hearing Date:    June 24, 2008 |
|  | Hearing Judge:  Hon. Claudia Wilken |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES 1 to 20, Inclusive, | Time:    2:00 p.m |
|  | Attached Documents:  Proof of Service |
| Defendants. | |

**BAUTISTA V. CCSF, ET AL. – US DISTRICT COURT NO. C07-5434 CW**

**PROOF OF SERVICE**

I, HELEN LAU, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On June 17, 2008, I served the attached:

**DEFENDANTS' SEPARATE CASE MANAGMEMENT STATEMENT (PRO PER CASE)**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Alexis Bautista
1409 Saint Kitts Lane
Foster City, CA 94404
Telephone:	(831) 703-4146
Cell Phone:	(650) 518-1685
Facsimile:	(650) 357-0119
*Plaintiff In Pro Per*

and served the named document in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 17, 2008, at San Francisco, California.

-/s/-   Helen Lau

_____
HELEN LAU