IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BAUTISTA,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants.<br>_____/ | No. 07-05434 CW<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME |

    On June 10, 2008, the Court received Plaintiff's Motion for an Enlargement of Time to Procure New Counsel - 1st Request and on June 12, 2008, Defendants filed an Opposition to the Motion to Enlarge Time.  Having considered Plaintiff's request and Defendants' opposition thereto,

    IT IS HEREBY ORDERED that Plaintiff shall have until July 21, 2008, to provide initial disclosures and discovery responses.  If Plaintiff does not comply, her case may be dismissed for failure to prosecute.  The case management conference, previously set for June 24, 2008, is continued to August 26, 2008, at 2:00 p.m.  If Plaintiff intends to pursue this case, she must appear at the case management conference in person or through new counsel.  If

1  Plaintiff fails to appear, the case will be dismissed for failure
2  to prosecute.  If Plaintiff is unable to find an attorney to
3  represent her, she will have to represent herself unless and until
4  she finds one, or dismiss her case.
5       6/19/08

        */s/ Claudia Wilken*

7  Dated _____        _____
                                         CLAUDIA WILKEN
8                                        United States District Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BAUTISTA et al,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV07-05434 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Bautista
1409 Saint Kitts Lane
Foster City, CA 94404

Scott David Wiener
City and County of San Francisco
1390 Market Street
Fox Plaza, 6th Floor
San Francisco, CA 94102-5408

Dated: June 19, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3