*Alexis Danielle Bautista*
1409 Saint Kitts Lane
Foster City, CA 94404-3975
Email: ITRpinay@aol.com
Home: 831.703.4146
Cell: 650.518.1685

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

July 21, 2008

Honorable Judge Claudia Wilken
United States District Judge, Northern District of California
1301 Clay Street
Oakland, CA 94612

HAND-DELIVERED

Re: Case No.: C7-5434CW
    Alexis Bautista vs. City & County of San Francisco

YOUR HONOR:

I respectfully request additional time to submit initial disclosures and discovery response which, by your order, are due by Monday, July 21, 2008. I had consulted with a prominent civil rights attorney in Oakland who led me to believe he would possibly represent me in this case. He recently returned from 2-weeks vacation and his office informed me he would NOT have the time to handle my case. My file was returned to me by his office last Friday.

The copy of the interrogatory questions provided me by my previous attorney, Norman Newhouse, were so bad I could not read them. They are not in the file that was returned to me; so I am calling the Assistant D.A.'s office today to resend them so I can submit my response within the next few days. I am continuing to consult with other attorneys for representation.

Yours truly,

*[signature]*

ALEXIS BAUTISTA