IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXIS BAUTISTA,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

    Defendants.
_____/

No. 07-05434 CW

ORDER GRANTING EXTENSION OF TIME

    On July 21, 2008, Plaintiff, in a letter to the Court, requested additional time to submit initial disclosures and discovery responses. Having considered Plaintiff's request, and good cause showing,

    IT IS HEREBY ORDERED that Plaintiff shall have two weeks from the date of this order to submit initial disclosures and discovery responses.

Dated   8/4/08

CLAUDIA WILKEN
United States District Judge

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BAUTISTA et al,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV07-05434 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Bautista
1409 Saint Kitts Lane
Foster City, CA 94404

Dated: August 4, 2008

                                          Richard W. Wieking, Clerk
                                          By: Sheilah Cahill, Deputy Clerk