DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BAUTISTA, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, SAN FRANCISCO POLICE OFFICER LUM, DOES 1 to 20, Inclusive,<br><br>    Defendants. | Case No. C07-5434 CW<br><br>**PROOF OF SERVICE**<br><br>Hearing Date:    June 24, 2008<br>Hearing Judge:   Hon. Claudia Wilken<br>Time:            2:00 p.m<br><br>Attached Documents:  Proof of Service |

1  **BAUTISTA V. CCSF, ET AL. – US DISTRICT COURT NO. C07-5434 CW**

2  **PROOF OF SERVICE**

3  I, MARY MARTIN, declare as follows:

4  I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

6  On August 19, 2008, I served the attached:

**DEFENDANTS' SEPARATE CASE MANAGMEMENT STATEMENT
(PRO PER CASE)**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Alexis Bautista
1409 Saint Kitts Lane
Foster City, CA 94404
Telephone:     (831) 703-4146
Cell Phone:    (650) 518-1685
Facsimile:     (650) 357-0119
*Plaintiff In Pro Per*

and served the named document in the manner indicated below:

☒  **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 19, 2008, at San Francisco, California.

                                   -/s/-   *Mary Martin*
                                   _____
                                   MARY MARTIN