IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXIS BAUTISTA,

        Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE OFFICER WILLIAMS, SAN FRANCISCO POLICE SERGEANT ESPINOZA, and SAN FRANCISCO POLICE OFFICER LUM,

        Defendants.
                                          /

No. C 07-05434 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Dismissing Case for Failure to Prosecute,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Alexis Bautista take nothing, that the action be dismissed without prejudice for failure to prosecute, and that each party bear its own costs of action.

    Dated at Oakland, California, this 20th day of August, 2008.

                                  RICHARD W. WIEKING
                                  Clerk of Court

                            */s/ Sheilah Cahill*
By: _____
                                  SHEILAH CAHILL
                                  Deputy Clerk

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BAUTISTA et al,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV07-05434 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Bautista
1409 Saint Kitts Lane
Foster City, CA 94404

Scott David Wiener
City and County of San Francisco
1390 Market Street
Fox Plaza, 6th Floor
San Francisco, CA 94102-5408

Dated: August 20, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk