*Alexis Danielle Bautista*
1409 Saint Kitts Lane
Foster City, CA 94404-3975
Email: ITRpinay@aol.com
Home: 831.703.4146
Cell: 650.518.1685

RECEIVED
AUG 19 2008
CLAUDIA WILKEN
U.S. DISTRICT JUDGE

August 15, 2008

Honorable Judge Claudia Wilken
United States District Judge, Northern District of California
1301 Clay Street
Oakland, CA 94612

FILED
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re: Case No.: C7-5434CW
    Alexis Bautista vs. City & County of San Francisco

YOUR HONOR:

Thank you for the extension of time. I have contacted the District Attorney but as of this date, I have still NOT received all the material within which to respond to. On July 21st, I only received 4 of the 11 pages transmitted via fax *(one is the cover page)* and informed Helen Lau of the D.A.'s office of the problem. I also requested they send the material to my father's fax; but he also has not received it. I need the courts assistance to get this done.

This letter is not written for any purposes of delay but to inform the court that I am doing all that I can in this matter.

A copy of this correspondence is being sent to the District Attorney to also inform them of all facts with this issue.

Yours truly,

*[signature]*
ALEXIS BAUTISTA

Cc: Scott Weiner, Deputy City Attorney