Alexis Danielle Bautista
1409 Saint Kitts Lane
Foster City, CA 94404-3975

CERTIFIED MAIL™

7005 1820 0001 9955 1113

RETURN RECEIPT
REQUESTED

HONORABLE JUDGE CLAUDIA WILKEN
U.S. District Court, Northern California District
1301 Clay Street
Oakland, CA 94612

UNITED STATES POSTAL SERVICE

0000    94612

U.S. POSTAGE
PAID
FOSTER CITY, CA
94404
AUG 15, '08
AMOUNT
$5.32
00048109-06

