AO 133  (Rev. 03/08)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Alexis Bautista | ) | |
| | ) | |
| v. | ) | Case No.: C07-5434  (CW) |
| City and County of San Francisco, et al. | ) | |
| | ) | |

## Bill of Costs

Judgment having been entered in the above entitled action on ___8/20/08___ against __Plaintiff Alexis Bautista__,
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 87.50 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | 733.45 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses (itemize on page two)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . . | | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . . | | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| TOTAL $ | | #1,211.95 |

SPECIAL NOTE:   Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[X]  Electronic service by e-mail as set forth below and/or.

[X]  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: __Scott D. Wiener, Deputy City Attorney__

For: __Defendants City and County of San Francisco, et al.__        Date: __9/3/08__

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Clerk of Court | Deputy Clerk | Date |

AO-133

AO 133  (Rev. 03/08)  Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Rene Gallardo, San Francisco, CA | 1.00 | 41.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | TOTAL | 41.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

    Unless a federal statute, these rules, or a court order provides otherwise, costs - other than attorney's fees - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**
Costs or Fee Awards:
    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

United States District Court, Northern District of California
Alexis Bautista v. City and County of San Francisco, et al.
Case No. C07-5434 (CW)

## ATTACHMENT TO BILL OF COSTS

**Itemization and documentation for requested costs**

Attachment A  -  **Fees for the court reporter** for all or any part of the transcript
necessarily obtained for use in the case

| Date | Description | Amount |
|------|-------------|--------|
|  |  |  |
| 6/28/08 | Bonnie Wagner – Deposition of Alexis Bautista, 3/24/08 (non-appearance fee) | $150 |
| 6/30/08 | Bonnie Wagner – Deposition of Alexis Bautista, 5/7/08 (non-appearance fee) | $175 |
| 6/30/08 | Bonnie Wagner – Deposition of Rene Gallardo, 5/8/08 | $408.45 |
|  |  |  |
| **TOTAL** |  | $733.45 |

Attachment B -  **Other costs**

| Date | Description | Amount |
|------|-------------|--------|
|  |  |  |
| 1/23/08 | Rene Gallardo – Deposition witness fee | $41.00 |
| 10/17/07 | Initial filing fee for filing of removal petition (filed 10/24/07) | $350 |
| 3/4/08 | Rene Gallardo – Service attempt for deposition subpoena on 1/28/08 | $87.50 |
|  |  |  |
| **TOTAL** |  | $478.50 |

Bautista v. City and County of San Francisco, et al.

Case No. C07-5434 CW

Bill of Costs

Attachment A

# Invoice

**BONNIE WAGNER**
COURT REPORTING SERVICE
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

| DATE | INVOICE # |
|------|-----------|
| 4/4/2008 | 17845 |

**BILL TO:**

Scott D. Wiener
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102

Bautista vs CCSF, et al

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Reporter's Appearance Fee re:  Scheduled Deposition on 03/10/08 (Same-day cancellation) | 150.00 |

OK TO PAY
FILE #: 080456
BY:

| | TOTAL | $150.00 |

© 2003 INTUIT INC. # 133 1-800-433-8810

# Invoice

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

| DATE | INVOICE # |
|------|-----------|
| 5/7/2008 | 17965 |

**BILL TO:**

Scott D. Wiener
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102

Alexis Bautista, et al vs CCSF, et al
U.S. District Court, Northern District
Case No. C07-5434 CW

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Reporter's Appearance Fee on 05/07/08 | 175.00 |

OK TO PAY
FILE #: 080450
BY:

**TOTAL**    $175.00

© 2003 INTUIT INC. # 153 1-800-433-8810

# Invoice

**BONNIE WAGNER**
COURT REPORTING SERVICE
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

| DATE | INVOICE # |
|------|-----------|
| 5/14/2008 | 17970 |

**BILL TO:**

Scott D. Wiener
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102

Alexis Bautista, et al vs CCSF, et al
U.S. District Court, Northern District
Case No. C07-5434 CW

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Rene A. Gallardo | |
| Reported on 05/08/08 | |
| Original and one copy  (72 Pages & 1/2 Day Per Diem) | 356.00 |
| Certification Fee | 30.00 |
| Exhibits | 2.45 |
| Handling | 20.00 |



OK TO PAY
FILE #: 080450
BY:

**TOTAL**     $408.45

Bautista v. City and County of San Francisco, et al.

Case No. C07-5434 CW

Bill of Costs

Attachment B

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

## ☒ RUSH!!

CHECK NEEDED BY:     Date: _____**ASAP**_____    Time: _____

MAKE CHECK PAYABLE TO:    **Rene Gallardo**

Address:   **1794 Dolores Street, #3**

**San Francisco, CA 94110**

Tax ID or SS#: _____

IN THE AMOUNT OF:    **$  41.00**

Plaintiff's Expert?   ☐ Yes        ☒ No

FOR:    ☐ See attached.   **Deposition Witness Fee (For Deposition scheduled for March 31, 2008)**

CHARGE TO:       Case Name:   **Alexis Bautista v. CCSF, et al.**

Court Number:   ~~**CGG-07-467555**~~ UsPC # Co7-5434 CW

File Number:   **080450**

Department:   **SFPD**

WHEN CHECK IS READY CALL:   Name:   **Helen Lau**

Number:   **554-3846**

Dated:   **Tuesday, January 22, 2008**      REQUESTED BY:

_____ , Deputy City Attorney

SCOTT D. WIENER

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP & BOTTOM

**BANK OF AMERICA N.T. & S.A.**
San Francisco, CA

## CITY AND COUNTY OF SAN FRANCISCO
PAYABLE AT ANY BANK IF PRESENTED WITHIN NINETY DAYS

1600-3492821

1600  ~03492821                                    11-35
                                                   1210
DATE
01/24/2008

PAY

FORTY ONE DOLLARS AND NO CENTS

| AMOUNT |
| --- |
| $ *********41.0 |

TO THE
ORDER OF

RENE GALLARDO
1794 DOLORES ST, #3
SAN FRANCISCO CA 94110

*Edward Harrington*
CONTROLLER

⑆600349282⑆ ⑆121000358⑆ 14990⑈80080⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CCOT164762 01                    01/24/2008                    1600    03492821

DOCUMENT NUMBER        DOC REF NUMBER                              AMOUNT
DESCRIPTION
OTCT0800094401                                                    41.00
*CT012208*DEPO WITNESS FEE   (080450 / C07-5434)

01/24/2008                                        41.00

RENE GALLARDO
1794 DOLORES ST, #3
SAN FRANCISCO CA 94110

I902-1600-10/06                    DETACH BEFORE DEPOSITING

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

*Hand Delivered to A/c — 10/18/07*

# CHECK REQUEST

☐ **RUSH!!**

CHECK NEEDED BY:          Date:    **Friday, October 19, 2007**          Time:  **A.M.**

MAKE CHECK PAYABLE TO:    **US District Court**

              Address:    **P.O. Box 36060**

                          **San Francisco, CA 94102**

        Tax ID or SS#:

IN THE AMOUNT OF:    **$**  **350.00**

        Plaintiff's Expert?    ☐ **Yes**        ☐ **No**

FOR:        ☐ See attached.    **Removal Fee**

CHARGE TO:                  Case Name:    **Alexis Bautista v. CCSF, et al.**

                          Court Number:    **CGC-07-467555**

                           File Number:    **080450**

                           Department:    **SFPD**

WHEN CHECK IS READY CALL:        Name:    **Helen Lau**

                           Number:    **554-3846**

Dated:  **Tuesday, October 17, 2007**        REQUESTED BY:

                                        _____ , Deputy City Attorney
                                        SCOTT D. WIENER

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CA 94102
(415) 522-2000

## FEE SCHEDULE SUMMARY
(Effective July 1, 2006)

| | |
|---|---:|
| Civil case filing fee, | $350.00 |
| Notice of Appeal filing fee, | 455.00 |
| *Habeas Corpus* petition filing fee, | 5.00 |
| Filing fee for civil action brought under Title III of the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996 (this fee is in addition to $350 civil case filing fee), | 5431.00 |
| Filing or indexing any document not in a case or proceeding for which a filing fee has been paid (miscellaneous matter), | 39.00 |
| For every search of the records, per name or item searched (this fee shall be applicable to the United States if the information requested is available through electronic access), | 26.00 |
| For every search of court records conducted by the PACER Service Center, per name or item searched, | 26.00 |
| For certification of any document, whether made directly on the document or by separate instrument, | 9.00 |
| For exemplification of any document or paper, | 18.00 |
| For reproducing any record or paper, per page, whether from original documents or from microfiche or microfilm reproductions of original records (this fee shall apply to services rendered on behalf of the United States if the record or paper is available through electronic access), | .50 |
| For the PACER Service Center to reproduce on paper any record pertaining to a PACER account, if this information is remotely available through electronic access, per page, | .50 |
| For printing copies of any record or document accessed electronically at a public terminal in the courthouse (this fee shall apply to services rendered on behalf of the United States if the record requested is remotely available through electronic access), | |
| For reproduction of recordings of proceedings, including cost of materials, | 26.00 |
| For retrieval of a record from the Federal Records Center or National Archives, | 45.00 |
| For a check paid into the court which is returned for lack of funds, | 45.00 |
| For a check paid to the PACER Service Center which is returned for lack of funds, | 45.00 |
| For an appeal to a district judge from a judgment of conviction by a magistrate judge in a misdemeanor case, | 32.00 |
| Power of attorney fee (per attorney, per company), | 39.00 |
| For admission of attorney to practice, including Certificate of Admission, | 210.00 |
| For admission of an attorney *pro hac vice* | 210.00 |
| For a duplicate Certificate of Admission or Certificate of Good Standing, | 15.00 |
| For remote electronic access to court records via a federal judiciary Internet site, per page, with the total fee per | document not to exceed the fee for 30 pages, |

(Note: the electronic access fee shall apply to the United States; the 30-page fee limit shall not be applicable to transcripts of federal court proceedings; and. no fee will be charged to view documents at the courthouse.)

**CITY AND COUNTY OF SAN FRANCISCO**

BANK OF AMERICA N.T. & S.A.
San Francisco, CA

PAYABLE AT ANY BANK IF PRESENTED WITHIN NINETY DAYS

1600-3448169

1600   -03448169

11-35
1210

DATE
10/18/2007

AY

THREE HUNDRED FIFTY DOLLARS AND NO CENTS

AMOUNT
$ *******350.0

) THE
RDER OF

U S DISTRICT COURT
P O BOX 36060
SAN FRANCISCO CA 94102

CONTROLLER

⑈60034481694⑈ ⑈121000358⑈ 14990⑈80080⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.     HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

53152        01                    10/18/2007                              1600        03448169

| OCUMENT NUMBER | DOC REF NUMBER | AMOUNT |
| --- | --- | --- |
| ESCRIPTION | | |
| RCT0800042801 | | 350.00 |
| CT101707*REMOVAL FEE | | |
| RCT0800042802 | | .00 |
| CITY ATTORNEY'S OFFICE 080450/CGC-07-467555 | | |

10/18/2007                                                        350.00

U S DISTRICT COURT
P O BOX 36060
SAN FRANCISCO CA 94102

I2-1600-10/06

DETACH BEFORE DEPOSITING



41 Sutter Street, Suite 1777
San Francisco, California 94104
(415) 487-1750 Fax: (415) 278-9918

# INVOICE
Invoice No. 49138

| | | | |
|---|---|---|---|
| **Invoice Date:** | January 28, 2008 | **Reference #:** | 080450 |
| **Client Code:** | CA217 | **Case No:** | C07-5434 EMC |

OFFICE OF THE CITY ATTORNEY
Attn: SCOTT WIENER SB#189266
1390 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CA        94102-

**Court:** UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

**Plaintiff:** ALEXIS BAUTISTA,

**Defendant:** CITY AND COUNTY OF SAN
FRANCISCO, ET AL.,

**Document(s):**  SUBPOENA IN A CIVIL CASE;

**Report:**  ATTEMPTED SERVICE ON RENE GALLARDO AT 1794
DOLORES STREET, #3, S.F., CA AT 1:45 PM, HE WASN'T HOME. 6:45 PM, SERVED
PERSONALY.

| Services Performed: | Qty | Price each | Total |
|---|---|---|---|
| Service of Process | 2 | $40.00 | $80.00 |
| Vehicle Sur Charge | 1 | $7.50 | $7.50 |

| | |
|---|---|
| **Fee Advance:** | $0.00 |
| **Fee Advance Charge:** | $0.00 |

OK TO PAY
FILE #: _080450_
BY: _____  3/4/08
Date

| | |
|---|---|
| **TOTAL INVOICE:** | $87.50 |
| **PAYMENT(S):** | $0.00 |
| **AMOUNT DUE:** | $87.50 |

Terms: Net 30 days